

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 27, 2007

**MEMO ENDORSED**

*[handwritten left margin: So Ordered Denied, Granted, Motion, motion, Letter Lisa Margaret Smith 8/10/07]*

VIA FEDERAL EXPRESS

Hon. Lisa M. Smith
United States Magistrate Judge
United States Courthouse
300 Quarropas Street, Room 428
White Plains, New York 10601

          Re:     Gu v. Chertoff, et al.
                  07-cv-03942 (LMS)

Dear Judge Smith:

        This Office represents the defendants, Michael Chertoff, Secretary of the Department of Homeland Security, Emilio Gonzales, Director of the United States Citizen and Immigration Services ("USCIS"), Robert S. Mueller, Director of the Federal Bureau of Investigation, and Mary Ann Gantner, New York District Director of USCIS (collectively, the "Government"), in the above-referenced mandamus proceeding. Plaintiff, *pro se*, seeks to compel adjudication of her I-485 Application for Permanent Residence.

        At this time, USCIS is attempting to adjudicate Plaintiff's application for permanent residence. Recently, Plaintiff was notified that USCIS still required specific evidence before she could qualify for residency. Specifically, Plaintiff needed to submit proof of termination of marriage, immunization records, as well as other medical records.

        The Government's answer or other response to the Complaint is presently due on July 30, 2007. As this Office is not yet aware of whether Plaintiff has submitted the proper evidence, the Government requests an extension of 30 days of the deadline for the Government's response so that it will be due on or before August 30, 2007. The extension of time will enable the Government to better determine the status of Plaintiff's application.

        This is the Government's first request for an extension. Plaintiff, *pro se*, has not been contacted with respect to this extension.

**MICROFILM**

AUG 1 3 2007

**USDC SD NY WP**

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney
for the Southern District of New York

By: _____
CAROLINA A. FORNOS
Assistant United States Attorney
Telephone: (212) 637-2740
Facsimile:  (212) 637-2702

cc:    Pro Se Li Gu
       77 Lime Kilm Road, #3N
       Tuckahoe, NY 10707